UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVY BRANDING, LLC,

                Plaintiff,

-v-

THE WILLIAM GERARD GROUP, LLC, WILLIAM G. DZOMBAK, CHELSEA DEBOER nee HOUSKA, COLE DEBOER, and C & A ENTERPRISES,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3182 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, October 1, 2021, the Court orders as follows:

1. The fact discovery deadline is extended to **November 24, 2021**;

    a. By **October 29, 2021**:

        i. Plaintiff shall produce financial records reflecting any revenue deriving from its contracts with Defendants. Plaintiff may redact any revenue deriving from other sources;

        ii. Each Defendant shall produce financial records reflecting any revenue deriving from sources as to which Plaintiff is entitled to a share under the parties' contracts. Defendants may redact any revenue deriving from other sources;

    b. Depositions shall be completed by **November 24, 2021**;

2. The expert discovery deadline is extended to **January 3, 2022**;

    a. Party-proponent expert disclosures shall be served by **December 2, 2021**;

2

      b. Party-opponent expert disclosures shall be served by **December 16, 2021**; and

3. Pre-motion letters regarding any summary judgment motions shall be filed with the Honorable Paul G. Gardephe by **February 2, 2022**, and opposition letters shall be filed by **February 9, 2022**.

A Telephone Conference is scheduled for **Thursday, October 28, 2021 at 11:00 am** on the Court's conference line.  The parties are directed to call the Court's conference line at: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            October 1, 2021

                                  SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**