UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVY BRANDING, LLC,

               Plaintiff,

-v-

THE WILLIAM GERARD GROUP, LLC, WILLIAM G. DZOMBAK, CHELSEA DEBOER nee HOUSKA, COLE DEBOER, and C & A ENTERPRISES,

               Defendants.

CIVIL ACTION NO.: 20 Civ. 3182 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, October 28, 2021, the Court orders as follows:

1. By **December 3, 2021**, the parties shall file a joint letter (the "Joint Letter") certifying the completion of fact discovery. In the Joint Letter, the parties shall also report on the status of their settlement discussions and, if appropriate, indicate whether they would like the Court to conduct a settlement conference; and

2. All other terms of the Court's October 1, 2021 Order (ECF No. 35) remain in effect.

Dated:     New York, New York
             October 28, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**