UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVY BRANDING, LLC,

                Plaintiff,

-v-

THE WILLIAM GERARD GROUP, LLC, WILLIAM G. DZOMBAK, CHELSEA DEBOER nee HOUSKA, COLE DEBOER, and C & A ENTERPRISES,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3182 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, December 16, 2021, the Court orders as follows:

1. By **December 23, 2021**, the parties shall exchange lists of (i) the custodians whose records were searched for electronically stored information, and (ii) the search terms that were used; and

2. A telephone conference is scheduled for **Monday, January 24, 2022 at 11:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            December 16, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**