

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

> The parties' request for a stay of discovery while they pursue private mediation (ECF No. 44) is GRANTED. The current discovery deadlines (see ECF No. 43) are HELD IN ABEYANCE pending the resolution of the parties' settlement efforts. The parties shall file a joint status report **when the mediation is scheduled or by April 4, 2022**, whichever is earlier.
>
> The telephone conference scheduled for March 8, 2022 is CANCELLED.
>
> The Clerk of Court is respectfully directed to close ECF No. 44.
>
> SO ORDERED    3/4/2022
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

March 3, 2022

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re:   *Envy Branding LLC v. The William Gerard Group LLC., et al.*
      Docket No. 20-cv-3182 (PGG)(SLC)

Dear Judge Cave:

   As you know, I represent defendants in this matter. I write jointly with Matthew J. McDonald, counsel for plaintiff, to advise that the parties have agreed to pursue private mediation in an attempt to resolve the case. We request that the Court put a hold on discovery while the settlement efforts are pursued, such that any currently pending deadlines would be extended for 60 days. Counsel has agreed that any current discovery issues between the parties would be put on hold as well, and we would defer depositions until the settlement process is completed. Assuming we are unable to agree upon a settlement, we would propose a new discovery schedule for Your Honor's approval.

   A conference is scheduled with Your Honor for March 8, 2022, at 3:30 p.m. We would be pleased to attend that conference to further discuss the foregoing. Alternatively, the parties are amenable to the conference being adjourned and the Court entering an order confirming the temporary stay of the discovery schedule based on the settlement discussions.

   Thank you for your attention to this matter.

                                    Respectfully,

                                    /s/Peter T. Shapiro

                                    Peter T. Shapiro of
                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:   All Counsel (via ECF)