UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVY BRANDING, LLC,

                Plaintiff,

-v-

THE WILLIAM GERARD GROUP, LLC, WILLIAM G. DZOMBAK, CHELSEA DEBOER nee HOUSKA, COLE DEBOER, and C & A ENTERPRISES,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 3182 (PGG) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 50 is GRANTED, their proposed schedule for the completion of all remaining discovery is ADOPTED, and the Court orders as follows:

1. The telephone conference scheduled for May 19, 2022 at 10:00 am is CANCELLED;

2. All fact discovery, including depositions, shall be completed by **August 31, 2022**;

3. By **September 7, 2022**, the parties shall file a joint letter certifying the completion of fact discovery;

4. All expert discovery, including depositions, shall be completed by **October 31, 2022**;

    a. Party-proponent expert disclosures shall be served by **September 22, 2022**;

    b. Party-opponent expert disclosures shall be served by **September 30, 2022**;

5. By **November 7, 2022**, the parties shall file a joint letter certifying the completion of expert discovery; and

6. Pre-motion letters regarding any summary judgment motions shall be filed for the attention of the Honorable Paul G. Gardephe by **November 9, 2022**, and opposition letters shall be filed by **November 16, 2022**.

The Clerk of Court is respectfully directed to close ECF No. 50.

Dated: New York, New York
May 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**