UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

ENVY BRANDING, LLC

         Plaintiff,

v.                    Case No. 20 Civ 3182 (PGG)

THE WILLIAM GERARD GROUP, LLC;
WILLIAM G. DZOMBAK; CHELSEA DEBOER
nee HOUSKA; COLE DEBOER; and C & A
ENTERPRISES

         Defendants.

------------------------------------------------------- X

## [PROPOSED] AMENDED CASE MANAGEMENT PLAN

**SARAH L. CAVE,** United States Magistrate Judge.

Envy Branding LLC's proposed schedule for completion of all remaining discovery is **ADOPTED**, and the Court orders as follows:

1. The deadline to complete all discovery, including all interim deadlines for the completion of fact discovery, shall be adjourned from October 31, 2022 to and including **November 30, 2022**.

2. The deadline for the parties to file a joint letter certifying the completion of discovery shall be adjourned from _____ to and including **December 7, 2022**.

3. The deadline for the parties to file pre-motion letters regarding any summary judgment motions for the attention of the Honorable Paul G. Gardephe shall be adjourned from _____ to and including **December 9, 2022**. Opposition letters shall be filed by **December 16, 2022**.

10149002.v1

Dated: New York, New York          SO ORDERED.

August __, 2022

                                                                           SARAH L. CAVE