UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVY BRANDING, LLC,<br><br>                             Plaintiff,<br><br>         -against-<br><br>THE WILLIAM GERARD GROUP, LLC, et al.,<br><br>                             Defendants. | Case No. 1:20-cv-03182 (JLR) (SLC)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 14, 2022, filed in response to the Court's October 11, 2022 Reassignment Order. ECF No. 62. In order to discuss the parties' anticipated pre-motion letters regarding any summary judgment motions, IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference on **January 6, 2023**, at 2:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: October 17, 2022
       New York, New York

                                                     SO ORDERED.

                                                     *Jennifer Rochon*
                                                     JENNIFER L. ROCHON
                                                     United States District Judge