UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENVY BRANDING, LLC,

                      Plaintiff,

    -v-

THE WILLIAM GERARD GROUP, LLC, WILLIAM G. DZOMBAK, CHELSEA DEBOER nee HOUSKA, COLE DEBOER, C & A ENTERPRISES, DOWN HOME DEBOER'S LLC, DEBOER HOLDING COMPANY LLC, and AUBREE SAYS LLC

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 3182 (JLR) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 68) for a further extension of the discovery schedule is GRANTED, and the Court orders as follows:

1. All discovery shall be completed by **March 3, 2023**.

2. By **March 10, 2023**, the parties shall file a letter certifying the completion of discovery, and indicating whether they seek a settlement conference with the Court.

3. Pre-motion letters regarding any summary judgment motions shall be filed for the attention of the Honorable Jennifer L. Rochon by **March 20, 2023**, and opposition letters shall be filed by **March 31, 2023**.

4. The pre-motion conference before Judge Rochon scheduled for March 7, 2023 is ADJOURNED to **Tuesday, April 11, 2023 at 3:00 pm** in Courtroom 20B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

The Clerk of Court is respectfully directed to close ECF No. 68.

Dated:     New York, New York
           January 23, 2023

                                             SO ORDERED.

                                             _____
                                             SARAH L. CAVE
                                             United States Magistrate Judge