

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

March 10, 2023

File No. 11414.819

**VIA ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

      Re:    *Envy Branding LLC v. The William Gerard Group LLC., et al.*
              Docket No. 20-cv-3182 (JLR)(SLC)

Dear Judge Cave:

      On behalf of Defendants, I write jointly with Plaintiff's counsel, pursuant to the Court's January 23, 2023 Order, Doc. No. 69, to confirm that the parties have completed discovery. The parties do not seek a settlement conference at this time.

      We thank the Court for its time and consideration of this matter.

                            Very truly yours,

                            Peter T. Shapiro

                            Peter T. Shapiro of
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: all counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
91629370.2